Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas, Houston Division

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Quintela Group, LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2 7 – 0 4 1 9 3 4 7 |

**4. Debtor's address**

**Principal place of business**

7722 Oak Moss Dr.
Number    Street

Spring, TX 77379
City             State    ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

_____
Number    Street

P.O. Box

_____
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City        State    ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 1

Debtor __Quintela Group, LLC_____  Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                                    MM / DD / YYYY
        Case number, if known _____

Debtor  Quintela Group, LLC  
       Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number  Street<br>_____<br>City      State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999     ☐ 10,001-25,000     ☐ More than 100,000 |
| 15. | **Estimated assets** | ☑ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor     Quintela Group, LLC                                           Case number *(if known)*
           Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/11/2020
              MM/ DD/ YYYY

X   /s/ Joel Quintela                                      Joel Quintela
    Signature of authorized representative of debtor        Printed name

Title            Managing Member

**18. Signature of attorney**

X   /s/ Susan Tran Adams                          Date   05/11/2020
    Signature of attorney for debtor                     MM/ DD/ YYYY

Susan Tran Adams
Printed name

CORRAL TRAN SINGH, LLP
Firm name

1010 Lamar Street Ste 1160
Number      Street

Houston                                           TX              77002
City                                              State           ZIP Code

_____                         Susan.Tran@ctsattorneys.com
Contact phone                                     Email address

24075648                                          TX
Bar number                                        State

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 4

Fill in this information to identify the case:

Debtor name: Quintela Group, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Baylor Scott & White Health<br>Germer Beaman & Brown PLLC<br>301 Congress Ave Suite 1700<br>Austin, TX 78701 | | payment after garnishment | | | | $100,000.00 |
| 2 | Capital one<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | Credit card | | | | $3,089.90 |
| 3 | Carrasco, Amado<br>4245 North Knox Avenue<br>Chicago, IL 60641 | | default judgment | | | | $33,249.47 |
| 4 | Chase Bank<br>PO Box 6026<br>Chicago, IL 60680 | | Credit Card | | | | $12,034.76 |
| 5 | CPP<br>ATTN: Kevin O'Brien<br>P.O. Box 49156<br>San Jose, CA 95161 | | | | | | $78,144.50 |
| 6 | Forward Financing<br>1970 Oakcrest Ave Suite 217<br>Saint Paul, MN 55113 | | loan | | | | $16,447.50 |
| 7 | Fundbox Inc.<br>300 Montgomery St Ste 900<br>San Francisco, CA 94104 | | loan | | | | $31,500.00 |
| 8 | Hamilton County Tax Assessor<br>33 N 9th St #214<br>Noblesville, IN 46060 | | | | | | $2,530.00 |

Debtor    Quintela Group, LLC_____    Case number *(if known)* _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hogan Assessment Systems<br>11 S Greenwood<br>Tulsa, OK 74120 | | Abstract of Judgment | | | | $565,467.50 |
| 10 | Indiana State Comptroller<br>100 N Senate Ave<br>Indianapolis, IN 46204 | | | | | | $10,894.54 |
| 11 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | | | | | $212,460.84 |
| 12 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | | | | | $31,497.34 |
| 13 | Kuzma Kuznetsov<br>c/o Gregory Wolk<br>529 Warren Ave. Suite 201<br>Seattle, WA 98109 | | unpaid wages | Disputed | | | $35,000.00 |
| 14 | LG Funding<br>200 Garden City Plaza Suite 405<br>Garden City, NY 11530 | | | | | | $21,164.80 |
| 15 | Marion County Tax Assessor<br>200 E Washington St # 1360<br>Indianapolis, IN 46204 | | | | | | $604.50 |
| 16 | Pearson Education Inc.<br>1 Lake Street Upper Saddle River<br>Saddle River, NJ 07458 | | Unpaid bill | | | | $68,090.66 |
| 17 | Pearson Shared Services<br>c/o Barnett & Garcia, PLLC<br>3821 Juniper Trace Suite 108<br>Spring, TX 77379 | | Abstract of Judgment | | | | $44,489.00 |
| 18 | SHL<br>111 Washington Ave S Suite 500<br>Minneapolis, MN 55401 | | Unpaid bill | | | | $30,600.00 |
| 19 | Texas Workforce Commission<br>Office of the Attorney General, Bankruptcy<br>P.O. Box 12548<br>Austin, TX 78711 | | | | | | $165.00 |
| 20 | | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Quintela Group, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     05/11/2020     Signature            /s/ Quintela Group, LLC
                                             Joel Quintela, Managing Member

Baylor Scott & White Health
Germer Beaman & Brown PLLC
301 Congress Ave Suite 1700
Austin, TX 78701


Capital one
P.O. Box 5253
Carol Stream, IL 60197


Amado Carrasco
4245 North Knox Avenue
Chicago, IL 60641


Chase Bank
PO Box 6026
Chicago, IL 60680


CPP
ATTN: Kevin O'Brien
P.O. Box 49156
San Jose, CA 95161


Forward Financing
1970 Oakcrest Ave Suite 217
Saint Paul, MN 55113


Fundbox Inc.
300 Montgomery St Ste 900
San Francisco, CA 94104


Hamilton County Tax Assessor
33 N 9th St #214
Noblesville, IN 46060

Hogan Assessment Systems
11 S Greenwood
Tulsa, OK 74120

Indiana State Comptroller
100 N Senate Ave
Indianapolis, IN 46204

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Kuzma Kuznetsov
c/o Gregory Wolk
529 Warren Ave. Suite 201
Seattle, WA 98109

LG Funding
200 Garden City Plaza Suite 405
Garden City, NY 11530

Marion County Tax Assessor
200 E Washington St # 1360
Indianapolis, IN 46204

Michael Hardwick Law, PLLC
2200 N. Loop West Suite 116
Houston, TX 77018

Pearson Education Inc.
1 Lake Street Upper Saddle River
Saddle River, NJ 07458

Pearson Shared Services
c/o Barnett & Garcia, PLLC
3821 Juniper Trace Suite 108
Spring, TX 77379

Pier Special Opportunities
3821 Juniper Trace Suite 108
Austin, TX 78735

SHL
111 Washington Ave S Suite 500
Minneapolis, MN 55401

Texas Workforce Commission
Office of the Attorney General,
Bankruptcy
P.O. Box 12548
Austin, TX 78711

Wells & Cuellar
440 Louisiana St.
Suite 2450
440 Louisiana St. Suite 718
Houston, TX 77002